BOLICK, J.,
concurring:
¶ 25 I join entirely the Court’s analysis and outcome. In addition to other arguments rejected by the Court, the Department urged us to apply Chevron, U.S.A., Inc. v. Natural Resources Defense Council, Inc., 467 U.S. 837, 104 S.Ct. 2778, 81 L.Ed.2d 694 (1984), and defer to its administrative expertise in construing the statute. I write separately only to note that this Court has never expressly considered whether Chevron or its progeny establish standards for administrative deference under Arizona law. I trust that, to the contrary, our constitutional separation of powers remains vibrant, notwithstanding the extent to which the United States Supreme Court has eroded it in the federal context. See Gutierrez-Brizuela v. Lynch, 834 F.3d 1142, 1149-58 (10th Cir. 2016) (Gorsueh, J., concurring).